# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORINDA CARPENTER ) | Case No.: 1:13-cv-00984-SKO |
| ) | |
| Plaintiff, ) | **ORDER EXTENDING BRIEFING** |
| v. ) | **SCHEDULE** |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

On February 20, 2014, the parties filed a stipulation requesting that Plaintiff be granted until March 17, 2014, to file an opening brief.  The extension is requested so that Plaintiff will have additional time to research the issues presented by the record.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before March 17, 2014;

2. The Commissioner's responsive brief shall be filed on or before April 21, 2014; and

3. Plaintiff may file an optional reply brief on or before May 5, 2014.

IT IS SO ORDERED.

   Dated:  **February 20, 2014**              /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE

-1-