UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORINDA CARPENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:13-CV-00984-SKO<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER THEREON** |

    The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to file a Cross-Motion for Summary Judgment from April 8, 2014 to May 8, 2014. This stipulation is necessary because counsel for Defendant has been out of the office due to illness and needs additional time to review this case and draft a responsive pleading. The parties request this extension in good faith, with no intent to prolong proceedings unduly. Counsel for Defendant apologizes for any inconvenience caused by this delay.

Dated: April 11, 2014            */s/  Vijay J. Patel*
                                 *VIJAY J. PATEL*
                                 Attorney for Plaintiff


Dated: April 10, 2014            BENJAMIN B. WAGNER
                                 United States Attorney
                                 THEOPHOUS H. REAGANS ANDRÉ


                          By:    */s/ Theophous H. Reagans*
                                 THEOPHOUS H. REAGANS
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

## **ORDER**

The parties filed a stipulation that Defendant be granted additional time to file a responsive brief.  (Doc. 17.)[1]  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The Parties' stipulated request for an extension of time for Defendant to file a responsive brief is GRANTED;
2. Defendant shall file a responsive brief on or before May 8, 2014; and
3. Plaintiff may file an optional reply brief on or before May 26, 2014.

IT IS SO ORDERED.

   Dated:   **April 14, 2014**                    /s/ **Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties indicate Defendant's responsive brief was due on April 8, 2014, the Court previously extended the briefing schedule and ordered that Defendant's responsive brief be filed on or before April 21, 2014.  (Doc. 15.)

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-